# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:22 MJ 361
GOOGLE ACCOUNTS jermariothemack@gmail.com )
AND jermainec1986@gmail.com )
)
)

**FILED APR 05 2023** — IN THIS OFFICE, Clerk U.S. District Court, Greensboro, NC

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the **Northern** District of **California** *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before **09/29/22** *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **Hon L. Patrick Auld**.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **09/15/22; 11:34 AM**   _____
                                                *Judge's signature*

City and state: Greensboro, North Carolina   **Hon. L. Patrick Auld, U.S. Magistrate Judge**
                                             *Printed name and title*

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be disclosed by Google LLC ("Google")

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

    a. All business records and subscriber information, any form kept, pertaining to the ACCOUNTS, including:

        i. Names (including subscriber names, user names, and screen names);

        ii. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

iii. Telephone numbers, including SMS recovery and alternate sign-in numbers;

iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

v. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers

vi. Length of service (including start date and creation IP) and types of service utilized;

vii. Means and source of payment (including any credit card or bank account number); and

b. All device information associated with the ACCOUNTS, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the ACCOUNTS, including, for all Google services, the date, time,

length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs;

d. The contents of all emails associated with the ACCOUNTS, including stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails;

e. Any records pertaining to the ACCOUNT's contacts, including: address books; contact lists; social network links; groups, including Google Groups to which the user belongs or communicates with; user settings; and all associated logs and change history;

f. he contents of all text, audio, and video messages associated with the ACCOUNT's, including Chat, Duo, Hangouts, Meet, and Messages (including SMS, MMS, and RCS), in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each

communication, including IP addresses; the size, length, and timestamp of each communication; user settings; and all associated logs, including access logs and change history;

g. The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including: files, folders, media, notes and note titles, lists, [ANDROID USER: applications], and other data uploaded, created, stored, or shared with the account including drafts and deleted records; [ANDROID USER: third-party application data and backups]; [SMS data and device backups]; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third-party application associated with each record; and all associated logs, including access logs and IP addresses, of each record;

h. The contents of all media associated with the ACCOUNTs in Google Photos, including: photos, GIFs, videos, animations, collages, icons, or other data uploaded, created, stored, or shared with the account, including drafts and deleted records; accounts with access to or which previously accessed each record; any

location, device, or third-party application data associated with each record; and all associated logs of each record, including the creation and change history, access logs, and IP addresses;

i. All maps data associated with the ACCOUNTs, including Google Maps and Google Trips, including: all saved, starred, and privately labeled locations; search history; routes begun; routes completed; mode of transit used for directions; My Maps data; accounts and identifiers receiving or sending Location Sharing information to the account; changes and edits to public places; and all associated logs, including IP addresses, location data, and timestamps, and change history;

j. All Location History and Web & App Activity indicating the location at which the ACCOUNTs was active, including the source of the data, date and time, latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data (such as whether a user was at rest, walking, biking, or in a car), and associated logs and user settings, including Timeline access logs and change and deletion history;

k. All Internet search and browsing history, and application usage history, including Web & App Activity, Voice & Audio History, Google Assistant, and Google Home, including: search queries

and clicks, including transcribed or recorded voice queries and Google Assistant responses; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history;

Google is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be Seized by the Government.

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. § 1591 and 1952 involving the ACCOUNTS and occurring between July 12, 2019 and February 02, 2020, including, for each Account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Records and information constituting violations of 18 U.S.C. 1591 and 18 U.S.C. 1952 in the form of: messages regarding commercial sexual acts, communications between individuals involved in the production of advertisements, photos taken for advertisements and/or sent to clients, and receipts, messages, tickets for interstate travel;

(b) Records and information indicating how and when the ACCOUNTS were accessed or used, including the dates and times the account was accessed or used as well as any geographic information about account access, use, and the events that relate to commercial sex and/or interstate travel;

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

# Return

| Case No.: 1:22MJ361 | Date and time warrant executed: Sept. 15, 2022 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: SA Scott Atwood

Inventory of the property taken and name(s) of any person(s) seized:

Google Subscriber Information
Location History Records
Emails
Search ~~total~~ MB History
Images

MB

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-21-23

_____
Executing officer's signature

Marisa Brown
Printed name and title